# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**FREDERICK BANKS, #05711-068**　　　　　　　　　　　　　　　　**PLAINTIFF**

**VERSUS**　　　　　　　　　　　　**CIVIL ACTION NO. 5:09-cv-77-DCB-MTP**

**UNITED STATES OF AMERICA, et al.**　　　　　　　　　　　　**DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 14th day of May, 2009.

　　　　　　　　　　　　　　　　　　s/David Bramlette
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE